No     15-000378-1

Home Path

v

Caron Phillips

RECEIVED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
02/27/2015 2:55:56 PM
DEBRA SPISAK
Clerk

It is my wish on this 26th day of February, 2015 to make an appeal to the Judgement made on this case.

Caron Phillips

SCANNED

FEB 2 7 2015